UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | INDICTMENT NO. |
| | ) | |
| ADRIAN LAMAR CURRY | ) | |
| | ) | CR118-0075 |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

So ORDERED this 7th day of December 2018.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA