FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 DEC 20 PM 1:49
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | |
| ) | |
| ADRIAN LAMAR CURRY ) | CASE NUMBER: 1:18-CR-075 |
| ) | |
| DEFENDANT. ) | |

## ORDER

Having reviewed Defendants' Counsel, Jared T. Williams', Motion for Leave of Absence filed on filed on December 19, 2018, the Court hereby **GRANTS** counsel's leave request and hereby protects him from court appearances during the following time periods:

a.) January 2, 2019;
b.) February 18, 2019 through and including February 28, 2019;
c.) March 13, 2019 through and including March 20, 2019;
d.) October 2, 2019 through and including October 7, 2019;
e.) November 19, 2019 through and including November 25, 2019;
f.) December 23, 2019 through and including December 27, 2019;

**SO ORDERED** this 20th day of December, 2018.

UNITED STATES DISTRICT COURT JUDGE
**SOUTHERN DISTRICT OF GEORGIA**