UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION and DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 APR -5 PM 3: 08
CLERK_____
SO. DIST OF GA.

IN RE: )
)
LEAVE OF ABSENCE REQUEST ) Case Nos.:
HENRY W. SYMS, JR. )
June 7, 2019 through June 10, 2019 )   CR118-058, M. Martin, III
and July 22, 2019 through July 24, 2019 )   CR118-081, M. Jones
)   CR118-070, J. Brown
)   CR118-085, K. Morgan
)   CR118-075, A. Curry
)   CR119-006, D. Horton, Jr.
)   CR119-045, D. Horton
)
)   CR318-012, M. Stephens, et. al.
)   CR319-003, T. Linder, et. al.

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Henry W. Syms, Jr. for the dates of June 7, 2019 through June 10, 2019 for family vacation; and July 22, 2019 through July 24, 2019 to attend a prosecutorial conference; same is hereby GRANTED.

This 5th day of April, 2019.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA