FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 APR 26 PM 2:06
CLERK
SO. DIST GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:18 CR 0075 |
| | ) | |
| ADRIAN LAMAR CURRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Jared Williams, counsel for Defendant, having submitted his motion to this Court for leave of absence, as provided by Local Rule 83.9 and as there are no objections;

IT IS HEREBY ORDERED that leave of absence is granted for the following date: May 7, 2019.

This 26th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE