IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| VS. | ) |
| | ) CASE NUMBER: 1:18-CR-075 |
| ADRIAN LAMAR CURRY | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER

Having reviewed Defendants' Counsel, Jared T. Williams', Motion for Leave of Absence filed on filed on July 25, 2019, the Court hereby **GRANTS** counsel's leave request and hereby protects him from court appearances during the following time periods:

a.) August 22, 2019;
b.) September 6, 2019 through and including September 7, 2019;
c.) September 18, 2019;
d.) November 7, 2019;
e.) November 25, 2019 through and including November 30, 2019;
f.) December 5, 2019;
g.) January 16, 2020;
h.) February 4, 2020;
i.) March 11, 2020;
j.) April 2, 2020;
k.) May 7, 2020;
l.) May 14, 2020.

**SO ORDERED** this 26th day of July, 2019.

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA